**Enxhi Qirici, Esq.**
**MACEDO LAW LLC**
**91 Montvale Ave, Suite 315**
**Stoneham, MA 02180**
**Phone (617) 665-7911**
**eoir@macedolaw.com**
**MA BBO: 713563**
**Counsel for Petitioner**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GEORGES NSILOULOU MIA NZAMBI ASSUMBE BALUNDA<br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ<br>(*Superintendent, Plymouth County Correctional Facility*),<br>DAVID T. WESLING,<br>(*Field Office Director*),<br>MICHAEL KROL<br>(*HSI New England Special Agent in Charge*),<br>TODD LYONS<br>(*Acting Director U.S. Immigrations and Customs Enforcement*)<br>MARKWAYNE MULLIN<br>(*U.S. Secretary of Homeland Security)*<br>U.S. DEPARTMENT OF HOMELAND SECURITY;<br>and<br>TODD BLANCHE<br>(*Attorney General of the United States*)<br>Respondents | Case No. **1:26-cv-12679-DJC**<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL**

Petitioner, through undersigned counsel, hereby voluntarily dismisses this action without prejudice.

Petitioner filed the above-captioned habeas petition following his arrest. After the petition was filed, on June 17, 2026, the Immigration Court scheduled Petitioner for a bond hearing to be held on June 22, 2026. Petitioner appeared for that hearing, and the Immigration Judge granted bond in the amount of $10,000.

In light of the relief already granted, Petitioner voluntarily dismisses the present action without prejudice.

Dated: June 24, 2026

Respectfully submitted,

*/s/ Enxhi Qirici*
Enxhi Qirici, Esq.
BBO: 713563
*Macedo Law LLC*
*91 Montvale Ave, Ste 315*
*Stoneham, MA 02180*

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: June 24, 2026 By: */s/ Enxhi Qirici*

Enxhi Qirici Esq.,
*Counsel for Petitioner*